# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KIM DELAURA, | ) | CASE NO. 5:14CV431 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FEDERAL BOND AND COLLECTION SERVICE, INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

This matter comes before the Court upon plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action without Prejudice. (Doc. No. 5.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff in this case has filed such a notice and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: April 23, 2014

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**